JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>        v. )<br>ONE DELL INSPIRON COMPUTER )<br>(SERIAL NO. 6VHBGD1) AND VISUAL )<br>DEPICTIONS ON THE HARD DRIVE, )<br>                      Defendants. ) | No. 09-CV-3174-MMC<br><br>JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

    To accommodate the upcoming travel and training schedule for Government counsel, the parties have conferred, and hereby submit this joint stipulation to request that the Court reschedule the case management conference in this forfeiture matter scheduled for Friday, October 23, 2009, at 10:30 a.m. to the new date of Friday, November 13, 2009, at 10:30 a.m., before the Honorable Judge Maxine M. Chesney in Courtroom seven on the 19th floor at the United States Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.

1  IT IS SO STIPULATED.

2

3  Dated: September 17, 2009

   NATALIE K. WIGHT
   Special Assistant United States Attorney

4

5  Dated: September 17, 2009

   ROBERT J. BELES
6  Attorney for Claimant Todd Growney

7

8              [PROPOSED] ORDER

9    Upon stipulation of counsel, and for good cause shown, the case management conference
10 scheduled for October 23, 2009, at 10:30 a.m. is vacated, and
11

12 Is hereby rescheduled for _13th_ day of ___November___, 2009, at 10:30 a.m.
13

14
   IT IS HEREBY ORDERED.
15

16 DATED: September 18, 2009

17    HONORABLE MAXINE M. CHESNEY
      United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Reschedule CMC
No. 09-CV-3174-MMC                        2