JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

ROBERT J. BELES (CSBN 41993)
PAUL McCARTHY (CSBN 139497)
    One Kaiser Plaza, Suite 2300
    Oakland, CA 94612
    Telephone: 510.836.0100
    Facsimile: 510.832.3690
    Email: pablito@lmi.net

Attorneys for Claimant, Todd Growney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>                Defendants. | No. 09-CV-3174-MMC<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>AND ORDER THEREON |

The parties have conferred, and hereby submit this joint status report to inform the court that there is still an on-going federal criminal investigation related to the claimant, Mr. Todd Growney, and the seizure of the defendant Dell computer and the visual depictions on the hard drive. Both parties jointly request that the Court reschedule the case management conference in this forfeiture matter scheduled for Friday, February 12, 2010, at 10:30 a.m. to the new date of Friday, May 7, 2010, at 10:30 a.m., or as soon thereafter as the matter may be heard before the

Honorable Judge Maxine M. Chesney in Courtroom seven on the 19th floor at the United States Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO STIPULATED.

Dated: February 5, 2010
          /s/
NATALIE K. WIGHT
Special Assistant United States Attorney

Dated: February 5, 2010
          /s/
ROBERT J. BELES
Attorney for Claimant Todd Growney

[PROPOSED] ORDER

Upon stipulation of counsel, and for good cause shown, the case management conference scheduled for February 12, 2010, at 10:30 a.m. is vacated, and

Is hereby rescheduled for   May 7, 2010  , with an updated status report due to the court on   April 30, 2010  .

IT IS HEREBY ORDERED.

DATED: February 8, 2010

HONORABLE MAXINE M. CHESNEY
United States District Judge

Joint Status Report and [Proposed] Order to Reschedule CMC
No. 09-CV-3174-MMC                    2