MELINDA HAAG (CSBN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief
NATALIE K. WIGHT (ORBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

ROBERT J. BELES (CSBN 41993)
PAUL McCARTHY (CSBN 139497)
    One Kaiser Plaza, Suite 2300
    Oakland, CA 94612
    Telephone: 510.836.0100
    Facsimile: 510.832.3690
    Email: pablito@lmi.net

Attorneys for Claimant, Todd Growney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>              Defendants. | No. 09-CV-3174-MMC<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER THEREON |

The parties have conferred, and hereby submit this joint status report to inform the Court that there is still an on-going federal criminal investigation related to the claimant, Mr. Todd Growney, and the seizure of the defendant Dell computer and the visual depictions on the hard drive. Both parties jointly request that the Court reschedule the case management conference in this forfeiture matter scheduled for Friday, October 29, 2010, at 10:30 a.m. to the new date of Friday, February 4, 2011, at 10:30 a.m., or as soon thereafter as the matter may be

1  heard before the Honorable Judge Maxine M. Chesney in Courtroom seven on the 19th floor at
2  the United States Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.
3
4  IT IS SO STIPULATED.
5
6  Dated: October 21, 2010                          /s/
                                                    NATALIE K. WIGHT
7                                                   Special Assistant United States Attorney

8  Dated: October 21, 2010                          /s/
                                                    ROBERT J. BELES
9                                                   Attorney for Claimant Todd Growney
10
11
12                                 [PROPOSED] ORDER
13         Upon stipulation of counsel, and for good cause shown, the case management conference
14  scheduled for October 29, 2010, at 10:30 a.m. is vacated, and
15
16  hereby rescheduled for __February 4, 2011_____, with an updated status report
17  due to the court on __January 28, 2011_____.
18
19  IT IS HEREBY ORDERED.
20
21  DATED: October 25, 2011                          _____
                                                    HONORABLE MAXINE M. CHESNEY
22                                                  United States District Judge

Joint Status Report and [Proposed] Order to Reschedule CMC
No. 09-CV-3174-MMC                          2