| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| 2 | United States Attorney |
|   | MIRANDA KANE (CSBN 150630) |
| 3 | Chief, Criminal Division |
|   | NATALIE WIGHT (ORBN 35576) |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.6937
Facsimile: 415.436.7234
Email: natalie.wight@usdoj.gov

Attorneys for United States of America

ROBERT J. BELES (CSBN 41993)
PAUL McCARTHY (CSBN 139497)
One Kaiser Plaza, Suite 2300
Oakland, CA 94612
Telephone: 510.836.0100
Facsimile: 510.832.3690
Email: pablito@lmi.net

Attorneys for Claimant, Todd Growney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| Plaintiff, | ) | No. 09-CV-3174-MMC |
|  | ) | |
| v. | ) | |
|  | ) | |
| ONE DELL INSPIRON COMPUTER | ) | JOINT STATUS REPORT AND |
| (SERIAL NO. 6VHBGD1) AND VISUAL | ) | [PROPOSED] ORDER TO RESCHEDULE |
| DEPICTIONS ON THE HARD DRIVE, | ) | CASE MANAGEMENT CONFERENCE |
|  | ) | |
| Defendants. | ) | **AND ORDER THEREON** |
|  | ) | |

The parties have conferred, and hereby submit this joint status report to inform the Court that there is still an on-going federal criminal investigation related to the claimant, Mr. Todd Growney, and the seizure of the defendant Dell computer and the visual depictions on the hard drive. Both parties jointly request that the Court reschedule the case management conference in this forfeiture matter scheduled for Friday, February 4, 2011, at 10:30 a.m. to the new date of Friday, April 8, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard

before the Honorable Judge Maxine M. Chesney in Courtroom seven on the 19th floor at the United States Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO STIPULATED.

Dated: January 26, 2011                                     /s/
                                                           NATALIE K. WIGHT
                                                           Assistant United States Attorney

Dated: January 26, 2011                                     /s/
                                                           ROBERT J. BELES
                                                           Attorney for Claimant Todd Growney

[PROPOSED] ORDER

Upon stipulation of counsel, and for good cause shown, the case management conference scheduled for February 4, 2011, at 10:30 a.m. is vacated, and

hereby rescheduled for  April 8, 2011 , with an updated status report due to the court on  April 1, 2011 .

IT IS HEREBY ORDERED.

DATED: January 27, 2011

                                                           HONORABLE MAXINE M. CHESNEY
                                                           United States District Judge

Joint Status Report and [Proposed] Order to Reschedule CMC
No. 09-CV-3174-MMC                    2