1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division
3  NATALIE WIGHT (ORBN 35576)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
6      Telephone: 415.436.6937
       Facsimile: 415.436.7234
7      Email: natalie.wight@usdoj.gov

8  Attorneys for United States of America

9  ROBERT J. BELES (CSBN 41993)
   PAUL McCARTHY (CSBN 139497)
10     One Kaiser Plaza, Suite 2300
       Oakland, CA 94612
11     Telephone: 510.836.0100
       Facsimile: 510.832.3690
12     Email: pablito@lmi.net

13 Attorneys for Claimant, Todd Growney

14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16                         SAN FRANCISCO DIVISION
17

18 UNITED STATES OF AMERICA,           )
                                       )
19              Plaintiff,             )    No. 09-CV-3174-MMC
                                       )
20      v.                             )
                                       )
21 ONE DELL INSPIRON COMPUTER          )    JOINT STATUS REPORT AND
   (SERIAL NO. 6VHBGD1) AND VISUAL     )    [PROPOSED] ORDER TO RESCHEDULE
22 DEPICTIONS ON THE HARD DRIVE,       )    CASE MANAGEMENT CONFERENCE
                                       )
23              Defendants.            )    **AND ORDER THEREON**
   _____)

24     The parties have conferred, and hereby submit this joint status report to inform the Court

25 that the federal criminal case against the claimant-defendant, Todd Growney, related to the

26 seizure of the defendant Dell computer and the visual depictions on the hard drive is still open

27 and on-going.  The parties jointly request that the Court postpone the case management

28 conference in this forfeiture matter, and reschedule the case management conference set for

1  Friday, April 8, 2011, at 10:30 a.m. to the new date of Friday, July 15, 2011, at 10:30 a.m., or as
2  soon thereafter as the matter may be heard before the Honorable Judge Maxine M. Chesney in
3  Courtroom seven on the 19th floor at the United States Federal Courthouse, 450 Golden Gate
4  Avenue, San Francisco, California.

6  IT IS SO STIPULATED.

8  Dated: April 1, 2011                         /s/
                                         _____
                                         NATALIE K. WIGHT
                                         Assistant United States Attorney

10 Dated: April 1, 2011                         /s/
                                         _____
                                         ROBERT J. BELES
                                         Attorney for Claimant Todd Growney

                           [PROPOSED] ORDER

   Upon stipulation of counsel, and for good cause shown, the case management conference
scheduled for April 8, 2011, at 10:30 a.m. is vacated, and

hereby rescheduled for  July 15, 2011                    , with an status report due to
the court on   July 8, 2011                    .

IT IS HEREBY ORDERED.

DATED:  April 1, 2011                    
                                         _____
                                         HONORABLE MAXINE M. CHESNEY
                                         United States District Judge

Joint Status Report and [Proposed] Order to Reschedule CMC
No. 09-CV-3174-MMC                          2