| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| 2 | United States Attorney |
|   | MIRANDA KANE (CSBN 150630) |
| 3 | Chief, Criminal Division |
|   | NATALIE WIGHT (ORBN 35576) |
| 4 | Assistant United States Attorney |

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

ROBERT J. BELES (CSBN 41993)
PAUL McCARTHY (CSBN 139497)

    One Kaiser Plaza, Suite 2300
    Oakland, CA 94612
    Telephone: 510.836.0100
    Facsimile: 510.832.3690
    Email: pablito@lmi.net

Attorneys for Claimant, Todd Growney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                      Plaintiff,   ) | |
|                      v.               ) | No. 09-CV-3174-MMC |
| ONE DELL INSPIRON COMPUTER    ) | **[PROPOSED]** ORDER |
| (SERIAL NO. 6VHBGD1) AND VISUAL ) | **STAYING FORFEITURE PROCEEDING** |
| DEPICTIONS ON THE HARD DRIVE, ) | **PURSUANT TO 18 U.S.C. § 981(g)** |
|                   Defendants.  ) | |

("[PROPOSED]" shown with strikethrough)

      UPON CONSIDERATION of the Joint Stipulation to Stay the Forfeiture Proceeding, the entire record, and for good cause shown, it is by the Court

      ORDERED that the instant case be, and hereby is, STAYED, pursuant to

1  18 U.S.C. § 981(g).  The case management conference scheduled for July 15, 2011, at 10:30 a.m.
2  is vacated, with a status report due to the Court on October 14, 2011                               .

4  IT IS SO ORDERED.

7  DATED: July 8, 2011

   HONORABLE MAXINE M. CHESNEY
   United States District Judge

Order to Stay Forfeiture Proceeding
No. 09-CV-3174-MMC                              2