UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Joint Notice of Related Case and Administrative Motion to Consider Whether Cases Should Be Related has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CV 9-03174 MMC**   United States v. One Dell Computer (Serial No. 6VHBGD1) and Visual Depictions on the Hard Drive
**CR 11-0195 CRB**   United States v. Growney

**ORDER**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[  ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED: October 24, 2011

_____
UNITED STATES DISTRICT JUDGE