MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

ROBERT J. BELES (CSBN 41993)
PAUL McCARTHY (CSBN 139497)

    One Kaiser Plaza, Suite 2300
    Oakland, CA 94612
    Telephone: 510.836.0100
    Facsimile: 510.832.3690
    Email: pablito@lmi.net

Attorneys for Claimant, Todd Growney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>            Defendants,<br><br>Todd William Growney<br><br>            Claimant, | No. 09-CV-3174-MMC<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE STAY<br><br>AND ORDER THEREON |

    The plaintiff United States of America and claimant Todd William Growney, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on July 8, 2011. The related criminal action, United States v. Todd William Growney, 11-CR-00195-CRB (N.D. Cal.) is still pending, with the next status conference set for

1  January 18, 2012, before the Honorable Charles R. Breyer.  Accordingly, the parties request that
2  the Court continue the stay and reschedule the next Status Report for April 13, 2012.

4  IT IS SO STIPULATED.                    MELINDA HAAG
                                           United States Attorney

6  Dated: January 10, 2012                 _____/S/_____
                                           NATALIE K. WIGHT
7                                          Assistant United States Attorney

8  Dated: January 10, 2012                 _____/S/_____
                                           ROBERT J. BELES
9                                          Attorney for Claimant, Todd Growney

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Stay in this matter is continued and the next Joint Status Report is due to the Court by  April 13, 2012                                                         .

IT IS SO ORDERED.

 January 12, 2012                          _____
 DATED                                     THE HONORABLE MAXINE M. CHESNEY
                                           United States District Judge

Status Report and [Proposed] Order to Continue Stay
No. CV 09-CV-3174-MMC                          2