| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CSBN 150630)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile:  415.436.6748 |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>      v.<br>ONE DELL INSPIRON COMPUTER<br>(SERIAL NO. 6VHBGD1) AND VISUAL<br>DEPICTIONS ON THE HARD DRIVE,<br>            Defendant.<br>TODD WILLIAM GROWNEY,<br>            Claimant. | No. 3:09-CV-3174 MMC<br><br>PROPOSED<br>JOINT STATUS REPORT AND ORDER<br>TO CONTINUE THE STAY<br><br>**AND ORDER THEREON** |

Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as ordered by the Court on July 8, 2011 – to and including July 3, 2012. The related criminal action, *United States v. Todd William Growney,* No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and the defense expert preparing a report. The next status in the criminal case is scheduled for May 2, 2012.

IT IS SO STIPULATED:

Dated: April 11, 2012

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: April 11, 2012

ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 12th DAY OF APRIL, 2012.

HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC      2