MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE, <br> Defendant. <br> TODD WILLIAM GROWNEY, <br> Claimant. | No. 3:09-CV-3174 MMC <br><br> JOINT STATUS REPORT AND ORDER ~~TO CONTINUE~~ THE STAY CONTINUING |

1. Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including September 5, 2012. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and a motion to suppress is scheduled for a hearing on July 11, 2012.

IT IS SO STIPULATED:

Dated: June 26, 2012

MELINDA HAAG
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: June 26, 2012

/s/ (see attached)
ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF JUNE, 2012.

_____
HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                     2

1. Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including September 5, 2012. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and a motion to suppress is scheduled for a hearing on July 11, 2012.

IT IS SO STIPULATED:

Dated: June 26, 2012

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: June 26, 2012

ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 6th DAY OF ~~JUNE~~, 2012.
JULY

HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC

2