1  MELINDA HAAG (CSBN 132612)
   United States Attorney

2  MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney

5
6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone:  415.436.6857
      Facsimile:   415.436.6748

8  Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )        No. 3:09-CV-3174 MMC
                                       )
14                  Plaintiff,         )
                                       )
15        v.                           )
                                       )        JOINT STATUS REPORT AND ORDER
16  ONE DELL INSPIRON COMPUTER         )        TO CONTINUE THE STAY
    (SERIAL NO. 6VHBGD1) AND VISUAL    )        CONTINUING
17  DEPICTIONS ON THE HARD DRIVE,      )
                                       )
18                  Defendant.         )
                                       )
19  _____)
                                       )
20  TODD WILLIAM GROWNEY,              )
                                       )
21                  Claimant.          )
                                       )
22

23

24

25

26

27

28

1    Plaintiff United States of America and claimant Todd William Growney, through their

2  undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially

3  ordered by the Court on July 8, 2011 – to and including December 4, 2012.  The related criminal

4  action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending

5  *and a motion to* suppress has been rescheduled a number of times, in part, because of an impending

6  Ninth Circuit decision which may impact the case.  The motion is currently scheduled to be heard

7  on October 3, 2012.

8

9    IT IS SO STIPULATED:                    MELINDA HAAG

10                                           United States Attorney

11  Dated: September 5, 2012

12                                           PATRICIA J. KENNEY
                                             Assistant United States Attorney

13                                           Attorneys for the United States

14

15  Dated: September 5, 2012

16                                           ROBERT J. BELES
                                             PAUL McCARTHY

17                                           Attorneys for Claimant Todd Growney

18

19  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 6th

20  DAY OF SEPTEMBER, 2012.

21

22                                           HONORABLE MAXINE S. CHESNEY

23                                           United States District Judge

24

25

26

27

28

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                    2