1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone:  415.436.6857
7     Facsimile:  415.436.6748

8  Attorneys for the United States of America

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )     No. 3:09-CV-3174 MMC
14                                     )
                    Plaintiff,         )
15                                     )
            v.                         )     JOINT STATUS REPORT AND ORDER
16                                     )     ~~TO CONTINUE THE STAY~~
   ONE DELL INSPIRON COMPUTER          )     **CONTINUING THE STAY;**
17 (SERIAL NO. 6VHBGD1) AND VISUAL     )     **DIRECTING PARTIES TO FILE**
   DEPICTIONS ON THE HARD DRIVE,       )     **JOINT STATUS REPORT**
18                                     )
                    Defendant.         )
19 _____)
                                       )
20 TODD WILLIAM GROWNEY,               )
                                       )
21                  Claimant.          )
   _____)
22

23

24

25

26

27

28

Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including February 4, 2012. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and a motion to suppress has been rescheduled a number of times, in part, because of an impending Ninth Circuit decision which may impact the case. The motion is currently scheduled to be heard on December 12, 2012.

IT IS SO STIPULATED:

Dated: November 28, 2012

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: November 28, 2012

ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  4th  DAY OF    December   , 2012.  IT IS FURTHER ORDERED that the parties shall file a Joint Status Report no later than February 3, 2013.

HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                       2