1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748

8  Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )        No. 3:09-CV-3174 MMC
                                       )
14                     Plaintiff,      )
                                       )
15         v.                          )        JOINT STATUS REPORT AND ORDER
                                       )        ~~TO CONTINUE THE STAY~~
16  ONE DELL INSPIRON COMPUTER         )        **CONTINUING THE STAY;**
    (SERIAL NO. 6VHBGD1) AND VISUAL    )        **DIRECTING PARTIES TO FILE**
17  DEPICTIONS ON THE HARD DRIVE,      )        **JOINT STATUS REPORT**
                                       )
18                     Defendant.      )
                                       )
19  _____)
                                       )
20  TODD WILLIAM GROWNEY,              )
                                       )
21                     Claimant.       )
                                       )
22

23

24

25

26

27

28

1    Plaintiff United States of America and claimant Todd William Growney, through their

2    undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially

3    ordered by the Court on July 8, 2011 – to and including February 4, 2012.  The related criminal

4    action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending

5    and a motion to suppress has been rescheduled a number of times, in part, because of an impending

6    Ninth Circuit decision which may impact the case.  The motion is currently scheduled to be heard

7    on December 12, 2012.

8

9    IT IS SO STIPULATED:                    MELINDA HAAG
                                             United States Attorney
10

11   Dated: November 28, 2012

12                                           PATRICIA J. KENNEY
                                             Assistant United States Attorney
13                                           Attorneys for the United States

14

15   Dated: November 28, 2012

16                                           ROBERT J. BELES
                                             PAUL McCARTHY
17                                           Attorneys for Claimant Todd Growney

18

19   IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  4th

20   DAY OF ____December____, 2012.  IT IS FURTHER ORDERED that the parties shall file a
     Joint Status Report no later than February 3, 2013.
21

22                                           HONORABLE MAXINE S. CHESNEY
                                             United States District Judge
23

24

25

26

27

28

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                          2