MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:09-CV-3174 MMC |
| Plaintiff, | |
| v. | JOINT STATUS REPORT AND ORDER <s>TO CONTINUE THE STAY</s> CONTINUING THE STAY |
| ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE, | |
| Defendant. | |
| TODD WILLIAM GROWNEY, | |
| Claimant. | |

Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including April 8, 2013. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and a motion to suppress has been rescheduled a number of times, in part, because of an impending Ninth Circuit decision which may impact the case. The motion is currently scheduled to be heard on February 13, 2012. *Id.*

IT IS SO STIPULATED:

Dated: January 29, 2013

MELINDA HAAG
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: January 29, 2013

ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 30th DAY OF January, 2012.

HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                    2