1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 
   UNITED STATES OF AMERICA,           )    No. 3:09-CV-3174 MMC
14                                     )
                     Plaintiff,        )
15                                     )
           v.                          )    JOINT STATUS REPORT AND ORDER
16                                     )    ~~TO CONTINUE THE STAY~~
   ONE DELL INSPIRON COMPUTER          )    CONTINUING THE STAY
17 (SERIAL NO. 6VHBGD1) AND VISUAL     )
   DEPICTIONS ON THE HARD DRIVE,       )
18                                     )
                     Defendant.        )
19 _____)
                                       )
20 TODD WILLIAM GROWNEY,               )
                                       )
21                   Claimant.         )
   _____)
22

23

24

25

26

27

28

Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, request the Court to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including April 8, 2013. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.) is still pending and a motion to suppress has been rescheduled a number of times, in part, because of an impending Ninth Circuit decision which may impact the case. The motion is currently scheduled to be heard on February 13, 2012. *Id.*

IT IS SO STIPULATED:

Dated: January 29, 2013

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: January 29, 2013

ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 30th DAY OF January, ~~2012.~~

HONORABLE MAXINE S. CHESNEY
United States District Judge

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC                              2