MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>Defendant.<br><br>TODD WILLIAM GROWNEY,<br><br>Claimant. | No. 3:09-CV-3174 MMC<br><br>JOINT STATUS REPORT AND ORDER <s>TO CONTINUE THE STAY</s><br>CONTINUING THE STAY |

1     Plaintiff United States of America and claimant Todd William Growney, through their undersigned counsel, agree, subject to this Court's approval, to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including June 3, 2013. The related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195 CRB (N.D. Cal.), is still pending. On March 13, 2013, Judge Breyer heard a motion to suppress and defendant filed a supplement in support of his motion on March 29, 2013. *Id.*

    Accordingly, the instant case should continue to be stayed pending resolution of the criminal case. The parties propose reporting to the Court on the status of the criminal case and any continued need for a stay on or before June 3, 2013.

IT IS SO STIPULATED:

Dated: March 29, 2013

MELINDA HAAG
United States Attorney

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: March 29, 2013

*/s/ Robert J. Beles*
ROBERT J. BELES
PAUL McCARTHY
Attorneys for Claimant Todd Growney

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS __3rd__ DAY OF __April__, 2013, THAT THE STAY OF THIS CIVIL CASE BE, AND HEREBY IS, CONTINUED AND IT IS FURTHER ORDERED THAT THE PARTIES SHALL REPORT BACK TO THE COURT ON ANY CONTINUED NEED FOR THE STAY AND THE STATUS OF THE CRIMINAL CASE ON OR BEFORE JUNE 3, 2013.

*/s/ Maxine M. Chesney*
HONORABLE MAXINE S. CHESNEY

Stip and Order Continuing Stay
No. 3:09-CV-3174 MMC      2