1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone:  415.436.6857
7      Facsimile:   415.436.6748

8  Attorneys for the United States of America

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )      No. 3:09-CV-3174 MMC
                                       )
14                  Plaintiff,         )
                                       )
15          v.                         )      JOINT STATUS REPORT;
                                       )
16  ONE DELL INSPIRON COMPUTER         )      ORDER CONTINUING THE STAY
    (SERIAL NO. 6VHBGD1) AND VISUAL    )
17  DEPICTIONS ON THE HARD DRIVE,      )
                                       )
18                  Defendant.         )
                                       )
19  _____)
                                       )
20  TODD WILLIAM GROWNEY,              )
                                       )
21                  Claimant.          )
    _____)

22

23

24

25

26

27

28

1    Plaintiff United States of America and claimant Todd William Growney agree, subject to this Court's approval, to continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including November 14, 2013. The related criminal action, *United States v. Todd William Growney,* No. 3:11-CR-00195 CRB (N.D. Cal.), is still pending. Judge Breyer denied defendant's motions to suppress, and scheduled trial for October 21, 2013. *Id.,* docket entry May 1, 2013.

Accordingly, the instant case should continue to be stayed pending resolution of the criminal case. The parties propose reporting to the Court on the status of the criminal case and any continued need for a stay on or before November 14, 2013.

IT IS SO STIPULATED:                    MELINDA HAAG
                                        United States Attorney

Dated: July 1, 2013
                                         /S/  *Patricia J. Kenney*
                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney
                                        Attorneys for the United States


Dated: July 1, 2013                      /S/  *Robert J. Beles*
                                        ROBERT J. BELES
                                        PAUL McCARTHY
                                        Attorneys for Claimant Todd Growney


IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  2nd  DAY OF JULY 2013, THAT THE STAY OF THIS CIVIL CASE BE, AND HEREBY IS, CONTINUED AND IT IS FURTHER ORDERED THAT THE PARTIES SHALL REPORT BACK TO THE COURT ON ANY CONTINUED NEED FOR THE STAY AND THE STATUS OF THE CRIMINAL CASE ON OR BEFORE NOVEMBER 14, 2013.

                                        _____
                                        HONORABLE MAXINE S. CHESNEY
                                        United States District Judge