ROBERT J. BELES (Cal. Bar No. 41993)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorney for Claimant
TODD WILLIAM GROWNEY

United States District Court

Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No. 3:09-cv-03174-MMC |
| Plaintiff, | ) | STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE THE STAY; |
| v. | ) | |
| ONE DELL INSPIRON COMPUTER (SERIAL NO. 6VHBGD1) AND VISUAL DEPICTIONS ON THE HARD DRIVE, | ) | ORDER CONTINUING STAY; DIRECTIONS TO PARTIES |
| Defendant. | ) | |
| TODD WILLIAM GROWNEY, | ) | |
| Claimant. | ) | |

Claimant TODD WILLIAM GROWNEY, by and through his counsel undersigned, respectfully requests that the Court continue the stay of this civil forfeiture action – as initially ordered by the Court on July 8, 2011 – to and including Wednesday, January 29, 2014, when the related criminal action, *United States v. Todd William Growney*, No. 3:11-CR-00195-CRB (CAND), is set for Sentencing before the Honorable Charles R. Breyer.

On Thursday, August 8, 2013, Defendant Growney entered into a plea agreement with the government. In this agreement, Defendant Growney agreed to withdraw his verified claim and answer in this

civil forfeiture matter. However, this plea falls under Rule 11(c)(1)(C), and was therefore only conditionally accepted by Judge Breyer at the time the plea was entered.

Although neither defense counsel nor AUSA LAURA VARTAIN HORN anticipate the plea to be rejected, Claimant Growney respectfully requests that the stay of this civil forfeiture action be continued until his plea entered on Thursday, August 8, 2013 is finalized at the Sentencing Hearing currently set for Wednesday, January 29, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 10, 2013          /s/ RJB _____
                                  ROBERT J. BELES,
                                  Attorney for Claimant GROWNEY

IT IS SO ORDERED PURSUANT TO THE FOREGOING REQUEST ON THIS DAY OF _December 12_, 2013, THAT THE STAY OF THIS CIVIL CASE BE, AND HEREBY IS, CONTINUED AND IT IS FURTHER ORDERED THAT THE PARTIES SHALL REPORT BACK TO THE COURT ON ANY CONTINUED NEED FOR THE STAY AND THE STATUS OF THE CRIMINAL CASE ON OR BEFORE ~~JANUARY 29, 2014.~~  February 7, 2014.

**IT IS SO ORDERED.**

DATED: _December 12, 2013_

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2
STATUS REPORT AND ORDER TO CONTINUE THE STAY