1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CABN 130238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6857
7       FAX: (415) 436-7234
        Email:  patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 
   UNITED STATES OF AMERICA,                )     No. 3:09-CV-03174 MMC
14                                           )
                    Plaintiff,               )
15                                           )     ~~STIPULATION AND~~ ORDER CONTINUING
            v.                               )     THE STAY UNTIL SENTENCING AND
16                                           )     WITHDRAWING CLAIMANT'S CLAIM AND
   ONE DELL INSPIRON COMPUTER                )     ANSWER AS OF THE DATE OF SENTENCING ;
17 (SERIAL NO. 6VHBGD1) AND VISUAL           )
   DEPICTIONS ON THE HARD DRIVE,             )     DIRECTIONS TO PLAINTIFF
18                                           )
                    Defendant.               )
19                                           )
                                             )
20                                           )
   TODD WILLIAM GROWNEY,                     )
21                                           )
                    Claimant.                )
22 _____)

23

24

25

26

27

28

The parties agree, subject to the Court's approval, that the stay in this case be continued until the sentencing of claimant Todd William Growney who is defendant in *United States v. Growney,* No. 3:11-CR-00195 CRB. Sentencing in that case is scheduled for February 19, 2014 and is expected to go forward at that time. The parties further agree, subject to the Court's approval, that as of the time of sentencing of Growney that Growney agrees that he his claim and answer in this civil forfeiture case are withdrawn and that defendants in this action can be forfeited to the United States without further notice to him. Following the sentencing, the United States anticipates filing a proposed default judgment for defendants in this action.

On August 8, 2013, Growney plead guilty to Count Two of an Indictment charging him with Destruction of Property to Prevent Seizure, in violation of 18 U.S.C. § 2232(a). *United States v. Growney,* No. 11-CR-00195 CRB, Plea Agreement, filed August 8, 2013. In that Plea Agreement, Growney agreed to withdraw his verified claim and answer in this civil forfeiture case. *Id.*

Although neither defense counsel nor Assistant U.S. Attorney Laura Vartain Horn anticipate defendant's plea in the criminal case to be rejected, Growney submits that until sentencing the plea which falls under Fed. R. Crim. P. 11(c)(1)(C) and was therefore only conditionally accepted by Judge Breyer at the time the plea was entered. Accordingly, the parties requests this action be stayed until Growney is sentenced and that, at the time of sentencing, his claim and answer in this case will be deemed to be withdrawn such that the United States can proceed to forfeit defendants in this civil forfeiture action without further notice to Growney.

IT IS SO STIPULATED:               MELINDA HAAG
                                   United States Attorney

Dated: February 6, 2014                    /S/
                                   PATRICIA J. KENNEY
                                   Assistant United States Attorney
                                   Attorneys for the United States

Dated: February 6, 2014                    /S/
                                   ROBERT J. BELES
                                   Attorney for Claimant Todd William Growney

///

NO. 3:09-CV-03174 MMC
STIPULATION RE: STAY AND
WITHDRAWAL OF CLAIM &  ANSW          1

Pursuant to the forgoing stipulation, it is hereby ORDERED that the stay of the instant case is continued until the sentencing of defendant in Case No. 3:11-CR-00195 CRB, and that, as of the sentencing of defendant who is also claimant in this action, claimant's claim and answer in this action are deemed withdrawn such that the United States can proceed with the forfeiture of defendants in this action without further notice to claimant.

IT IS FURTHER ORDERED that plaintiff, no later than March 28, 2014, shall file a motion for default judgment or a statement indicating why it should not be required to do so.

Dated: February 10, 2014



HONORABLE MAXINE S. CHESNEY
United States District Judge

NO. 3:09-CV-03174 MMC
STIPULATION RE: STAY AND
WITHDRAWAL OF CLAIM & ANSW                 2