| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CABN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6857 |
| 7 | Facsimile:  (415) 436-7234<br>Email:  patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>       v.                             )<br>                                      )<br> ONE DELL INSPIRON COMPUTER           )<br> (SERIAL NO. 6VHBGD1) AND VISUAL      )<br> DEPICTIONS ON THE HARD DRIVE,        )<br>                                      )<br>            Defendants.               )<br> _____ )<br>                                      )<br> TODD WILLIAM GROWNEY,                )<br>                                      )<br>            Claimant.                 )<br>                                      ) | No. 3:09-CV-03174 MMC<br><br><br><br>DEFAULT JUDGMENT OF FORFEITURE |

1  UPON CONSIDERATION of the unopposed motion of the United States for a default judgment
2  pursuant to Federal Rule of Civil Procedure 55(b) and Admiralty Local Rules 6-1 and 6-2, the entire
3  record and for good cause shown, it is by the Court on  March 24  , 2014,
4  ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered
5  against defendants One Dell Inspiron Computer (Serial No. 6VHBGD) and Visual Depictions on the
6  Hard Drive; and it is further
7  ORDERED that the United States Marshal's Service shall dispose of defendant in accordance
8  with law.

*[signature]*
HONORABLE MAXINE M. CHESNEY
United States District Judge

DEFAULT JUDGMT.
NO. 3:09-CV-03174 MMC

1