1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CABN 130238)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6857
7        Facsimile: (415) 436-7234
         Email:  patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
                                            )   NO. 3:09-CV-03174 MMC
14                                          )
   UNITED STATES OF AMERICA,                )
15                                          )
                     Plaintiff,             )   **AMENDED DEFAULT JUDGMENT**
16                                          )   OF FORFEITURE
                                            )
17          v.                              )
                                            )
18 ONDE DELL INSPIRON COMPUTER              )
   (SERIAL NO. 6VHBGD1) AND VISUAL          )
19 DEPICTIONS ON THE HARD DRIVE,            )
                                            )
20                   Defendants.            )
                                            )
21                                          )
   TODD WILLIAM GROWNEY,                    )
22                                          )
                     Claimant.              )
23                                          )

1  UPON CONSIDERATION of the administrative motion of the United States to amend the
2  March 24, 2014 judgment of forfeiture in this case pursuant to Federal Rule of Civil Procedure 60(a) and
3  finding that the correction is due to oversight at the time, and for good cause shown, it is by the Court on
4  this   2nd   day of   October 2014   ,
5  ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered
6  against defendants One Dell Inspiron Computer (Serial No. 6VHBGD1) and Visual Depictions on the
7  Hard Drive; and it is further
8  ORDERED that the United States shall dispose of defendants in accordance with law.

HONORABLE MAXINE M. CHESNEY
United States District Judge

AM. JUDGMENT OF FORF.
NO. 3:09-CV-03174 MMC                    1